IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET TAYLOR GIVENS, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 13-00245-KD-N ) |
| SAXON MORTGAGE SERVICES, INC., and RESIDENTIAL CREDIT SOLUTIONS, INC. | ) ) ) ) |
| Defendants. | ) ) |

ORDER

This action is hereby **SET FOR MEDIATION** by the undersigned Magistrate Judge at **10:00 a.m.** on **Friday, June 20, 2014**, in the chambers of the undersigned Magistrate Judge, Room 459, United States Courthouse, 113 St. Joseph St., Mobile, Alabama, 36602.  Plaintiff and her counsel, John R. Parker, Esq., have advised that they will be present.  Defendant Saxon Mortgage Services, Inc. and its counsel, John Douglas Elrod, Esq., are to attend by phone, calling (251) 694-4296 and utilizing Pass Code 418000.

It is so **ORDERED**.

**DONE** this  13th  day of June, 2014.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**