IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET TAYLOR GIVENS, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 13-00245-KD-N |
| | ) |
| SAXON MORTGAGE SERVICES, INC. | ) |
| and RESIDENTIAL CREDIT SOLUTIONS, | ) |
| INC., | ) |
|     Defendants. | ) |

### ORDER

This action is before the Court on Defendant Saxon Mortgage Services, Inc.'s Motion to Reconsider Order Regarding Saxon's Motion for Summary Judgment (Doc. 72).[1]

The decision to grant or deny a motion to reconsider is left to the discretion of the trial court. Chapman v. AI Transport, 229 F.3d 1012, 1023-24 (11th Cir. 2000) (*en banc*). "In the interest of finality and conservation of scarce judicial resources, reconsideration of an order is an extraordinary remedy and is employed sparingly." Gougler v. Sirius Prod., Inc., 370 F. Supp. 2d 1185, 1189 (S.D. Ala. 2005) (citation omitted).

A review of Saxon's motion to reconsider indicates that Saxon attempts to raise arguments that could and should have been made before the Court ruled on its motion for summary judgment. Moreover, although Saxon cites to new evidence, it makes no attempt to explain why this evidence, with reasonable diligence, could not have been discovered prior to now. Accordingly, it is **ORDERED** that Saxon's Motion to Reconsider (Doc. 72) is **DENIED**.

**DONE** and **ORDERED** this the **20th** day of **June 2014**.

                                                  /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**

---

[1] Saxon moves for relief under "Rules 59 and 60 of the Federal Rules of Civil Procedure…" (Doc. 72 at 1). Relief under Rule 59 is inappropriate, as there has been neither a trial nor an entry of judgment under Federal Rule of Civil Procedure 58.