IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET TAYLOR GIVENS,     ) | |
| Plaintiff,     ) | |
|       ) | |
| v.     ) | CIVIL ACTION NO. 13-00245-KD-N |
|       ) | |
| SAXON MORTGAGE SERVICES, INC.     ) | |
| and RESIDENTIAL CREDIT SOLUTIONS,     ) | |
| INC.,     ) | |
| Defendants.     ) | |

**ORDER**

The Plaintiff has informed the Court that she has reached a settlement with Saxon Mortgage Services, Inc. ("Saxon") and does not oppose dismissal of her claims against Saxon. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), it is **ORDERED** that this action is **DISMISSED with prejudice** as to Saxon, subject to the right of Plaintiff and/or Saxon to reinstate the action within **thirty (30)** days of the date of this Order should the settlement agreement not be consummated.

No other order shall be forthcoming from the Court as to this dismissal except upon application by either party for final judgment as prescribed by Federal Rule of Civil Procedure 58.

The Plaintiff and Saxon shall bear their own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE** and **ORDERED** this the **26**th day of **June 2014**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**