IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET TAYLOR GIVENS,  )  <br>       Plaintiff,            )  <br>                              )  <br>v.                            )  <br>                              )  <br>SAXON MORTGAGE SERVICES, INC.  )  <br>and RESIDENTIAL CREDIT SOLUTIONS,  )  <br>INC.,                         )  <br>       Defendants.          )  | CIVIL ACTION NO. 13-00245-KD-N |

**JUDGMENT**

In accordance with the Order dated May 30, 2014 (Doc. 68), it is **ORDERED, ADJUDGED,** and **DECREED** that summary judgment is entered in favor of Defendant Residential Credit Solutions, Inc. and against Plaintiff Margaret Taylor Givens on all claims such that those claims are **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **26th** day of **June 2014**.

/s/ Kristi K. DuBose  
**KRISTI K. DuBOSE**  
**UNITED STATES DISTRICT JUDGE**